```
                    Felix Recio, Judge Presiding
              Southern District of Texas, Brownsville Division
```

United States District C
Southern District of Te
FILED

OCT 1 1 2001

Michael N. Milby
Clerk of Court

Date: Oct 11, 2001, 9:00 am to 12:30 pm
------------------------------------------------------------------------
                        C.A. NO. B00-020 (FBV)
------------------------------------------------------------------------
RAY MOODY                              *      R W Armstrong
     vs                                *
CITY OF ALAMO                          *      Mauro Ruiz
------------------------------------------------------------------------

## MEDIATION

Attorney Armstrong appears for the Plaintiff.   Jaime Sandoval, Alamo Communi
Development Director, Mike Milvo, TML Adjuster, and attorney Ruiz appear for t
Defendant.

Mediation held before Magistrate Judge Recio.

Case settled.  Attorney Ruiz will submit the final judgment.