10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| vs § | CIVIL NO. B-00-020 |
| § | |
| ONE PETERBILT TRACTOR § | |
| VIN NO. 1XP5DB9X2RN344157 § | |
| § | |
| ONE TRAILMOBILE TRAILER § | |
| VIN NO. 1PT01ANH2P9011377 § | |
| Defendants. § | |

## O R D E R

Upon consideration of the Government's Unopposed Request For a Continuance, said motion is hereby **GRANTED**.

IT IS HEREBY **ORDERED** that the pretrial conference set in this matter for May 25, 2000 at 2:00 p.m. is reset for hearing on the ___6th___ day of _____July_____, 2000, at 2:00 p.m.

Done at Brownsville, Texas, this __24th__ day of _____May_____, 2000.

_____
UNITED STATE MAGISTRATE JUDGE