13

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| ONE PETERBILT TRATOR | § | CIVIL NO. 00-020 |
| VIN NO. 1XP5DB9X2RN344157 | § | |
| | § | |
| ONE TRAIL MOBILE TRAILER | § | |
| VIN NO. 1PT01ANH2P9011377 | § | |
| Defendants. | § | |

## ORDER

ON THIS THE __17th__ day of ___July___, 2000, came on for consideration Defendant's

Motion to Postpone the Settlement Hearing.  It's proved the case is moved from the 17th day of July

to the 24th day of July at 2:00 P.M. and this Court after careful consideration is of the opinion that

said Motion should be and is hereby:

____✓____ GRANTED

_____ DENIED

The case is now set for trial on the __24th__ day of ___July___ 2000___ at __2:00__ o'clock

__p__ .m.

SO ORDERED this the __17th__ day of ___July___, 2000.

_____
JUDGE PRESIDING