17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | § § § | |
| v. | § | CIVIL NO. 00-020 |
| ONE PETERBILT TRACTOR VIN No. 1XP5DB9X2RN344157 | § § § § | |
| ONE TRAILMOBILE TRAILER VIN No. 1PTO1ANH2P9011377  Defendants. | § § § | |

### FINAL OR D E R OF FORFEITURE AND RELEASE

Upon consideration of "Agreed Settlement" entered into by the parties to this action on July 24, 2000:

IT IS HEREBY **ORDERED** that:

1. The United States Marshals Service, or whomsoever has custody of the 1994 PETERBILT TRACTOR, (Vehicle Identification Number (VIN) 1XP5DB9X2RN344157), shall release the vehicle to Claimant or to whomsoever Claimant designates.

2. Prior to the release of the 1994 PETERBILT TRACTOR, Claimant shall pay all costs of whatever type associated with the processing, storage, maintenance, upkeep and the like of the 1994 PETERBILT TRACTOR, VIN 1XP5DB9X2RN344157, which amounts shall be paid from the cost bond posted by claimant in this matter; to the extent that the cost bond is not consumed by the aforementioned costs and fees, the United States Marshals Service is ordered to return any remaining amount to Claimant;

3. Claimant shall forfeit to the United States of America any and all claims to and interest in the 1993 TRAILMOBILE TRAILER (VIN 1PTO1ANH2P9011377), which Claimant has affirmatively represented as being free of any lien;

4. Each party shall bear its own attorney fees and costs incurred during the course of the

action relating to the forfeitable property, to include the previous administrative action;

5. Claimant shall pay to the United States of America the sum of ten thousand dollars ($10,000) by certified check or cashier's check, made payable to the United States Marshals Service.

6. The United States Marshals Service is directed to dispose of all of the property in accordance with law.

7. Based upon Claimant's stipulation that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the forfeitable property, the Court finds that reasonable cause, under 18 U.S.C. § 981 and 28 U.S.C. § 2465, existed for seizure of the 1994 PETERBILT TRACTOR, (Vehicle Identification Number (VIN) 1XP5DB9X2RN344157) and the 1993 TRAILMOBILE TRAILER (VIN 1PTO1ANH2P9011377).

8. Based upon the agreement of the parties, as reflected in and in accordance with the terms contained in the "Agreed Settlement" entered into by the parties on July 24, 2000, the Court orders that this matter be dismissed with prejudice as to both parties.

ORDERED and SIGNED this 26 day of July, 2000, at Brownsville, Texas.

---
UNITED STATES DISTRICT JUDGE